IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMOTE SOLUTION CO, LTD., ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> FGH LIQUIDATING CORP. f/k/a ) <br> CONTEC CORPORATION ) <br> ) <br> Respondent. ) | Civil Action No. 06-004 |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to approval of the Court, that the time for Respondent, FGH Liquidating Corp., f/k/a Contec Corporation, to respond or otherwise plead to Petitioner, Remote Solution Co, Ltd.'s, Motion to Vacate or Modify Arbitration Awards (D.I. 1) shall be extended to February 10, 2006.

Dated: January 26, 2006

/s/ Paul E. Crawford
_____
Paul E. Crawford (DE Bar ID #0493)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
PO Box 2207
Wilmington, DE  19899
(302) 888-6262
pcrawford@cblh.com

*Attorneys for Respondent*

/s/ David L. Finger
_____
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
dfinger@delawgroup.com

*Attorneys for Petitioner*

**SO ORDERED** this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE