## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMOTE SOLUTION CO, LTD., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 06-004 |
| | ) |
| FGH LIQUIDATING CORP. f/k/a | ) |
| CONTEC CORPORATION | ) |
| | ) |
| Respondent. | ) |

### CERTIFICATE OF SERVICE

I, Paul E. Crawford, hereby certify that on January 26, 2006, I electronically filed STIPULATION AND [PROPOSED] ORDER using CM/ECF which will send notification of such filing to the following:

David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
dfinger@delawgroup.com

/s/ Paul E. Crawford
Paul E. Crawford, Esq. (#0493)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 888-6262
pcrawford@cblh.com