IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REMOTE SOLUTION CO, LTD., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-004 |
| | ) | |
| FGH LIQUIDATING CORP. f/k/a CONTEC CORPORATION | ) ) | |
| | ) | |
| Respondent. | ) | |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves the admission *pro hac vice* of Kenneth L. Stein of the law firm of Jenner & Block LLP, 919 Third Avenue, 37th Floor, New York, New York 10022 to represent Respondent, FGH Liquidating Corp. f/k/a Contec Corporation in this matter.

Date: February 8, 2006

/s/ Paul E. Crawford
Paul E. Crawford, Esq. (#0493)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
PO Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorney for Respondent*

ORDER

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Kenneth L. Stein is GRANTED.

Dated _____    _____
United States District Court Judge

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the District of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules.

Dated: February 8, 2006

_____
Kenneth L. Stein
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, New York 10022
*Attorney for Respondent*

## CERTIFICATE OF SERVICE

I, Paul E. Crawford, hereby certify that on February 8, 2006, I electronically filed MOTION AND ORDER FOR ADMISSION PRO HAC VICE using CM/ECF which will send notification of such filing to the following:

David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
dfinger@delawgroup.com

/s/ Paul E. Crawford
Paul E. Crawford, Esq. (#0493)

340655v1