IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REMOTE SOLUTION CO, LTD., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-004 KAJ |
| | ) | |
| FGH LIQUIDATING CORP. f/k/a CONTEC CORPORATION, | ) ) | **FILED UNDER SEAL** |
| | ) | |
| Respondent. | ) | |

**APPENDIX OF MOVANT REMOTE SOLUTION CO., LTD.
IN SUPPORT OF ITS MOTION TO
VACATE OR MODIFY ARBITRATION AWARD**

**CONFIDENTIAL - FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER**

|   |   |
|---|---|
| _____ | David L. Finger (DE Bar ID #2556)<br>Finger & Slanina, LLC<br>One Commerce Center<br>1201 Orange Street, Suite 725<br>Wilmington, DE 19801-1155<br>(302) 884-6766 |
| _____ | Attorney for Remote Solution Co., Ltd. |

Dated: February 15, 2006

**CERTIFICATE OF SERVICE**

I, David L. Finger, hereby certify that on this 15th day of February, 2006, I caused two copies of the foregoing document to be served via hand-delivery on the below-listed counsel of record:

>Paul E. Crawford, Esq.
>Connolly Bove Lodge & Hutz LLP
>1007 N. Orange St.
>Wilmington, DE 19801

>/s/ David L. Finger
>David L. Finger (DE Bar ID #2556)
>Finger & Slanina, LLC
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801-1155
>(302) 884-6766