## CERTIFICATE OF SERVICE

I, Paul E. Crawford, hereby certify that on March 1, 2006, I electronically filed under seal RESPONDENT'S OPPOSITION TO REMOTE SOLUTION'S MOTION TO VACATE OR MODIFY ARBITRATION AND APPLICATION TO CONFIRM ARBITRATION AWARD using CM/ECF which will send notification of such filing to the following:

David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
dfinger@delawgroup.com

On March 2, 2006, a courtesy copy will be served by hand delivery on the following:

David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155

                                                /s/   Paul E. Crawford
                                                Paul E. Crawford, Esq. (#0493)