IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REMOTE SOLUTION CO, LTD., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-004 KAJ |
| | ) | |
| FGH LIQUIDATING CORP. f/k/a CONTEC CORPORATION, | ) ) | |
| | ) | |
| Respondent. | ) | |

**APPENDIX OF MOVANT REMOTE SOLUTION CO., LTD.
IN SUPPORT OF ITS MOTION TO
VACATE OR MODIFY ARBITRATION AWARD**

**[REDACTED]**

                                         David L. Finger (DE Bar ID #2556)
                                         Finger & Slanina, LLC
                                         One Commerce Center
                                         1201 Orange Street, Suite 725
                                         Wilmington, DE 19801-1155
                                         (302) 884-6766
                                         Attorney for Remote Solution Co., Ltd.

Dated: February 15, 2006

## TABLE OF CONTENTS

**DOCUMENT**                                                                                    **EXHIBIT**

Arbitration Demand dated July 11, 2003 .................................................. A

Award re Claimant's Standing dated December 1, 2003 ......................... B

Award re Liability dated July 26, 2005 ................................................... C

Award of Arbitrator re Damages dated December 26, 2005 ..................... D

Manufacturing and Purchase Agreement dated February 16, 1999 ................ E

*Contec Corporation v. Remote Solution*, C.A. No. 1:03-CV-910, Hurd J. (transcript ruling February 11, 2004) ............................................................. F

Settlement Agreement between Contec Corporation and Universal Electronics, Inc., effective January 1, 2002 ................................................. G

Settlement Agreement between Contec Corporation and Philips North America Corporation and U.S. Philips Corporation, effective March 15, 2003 ........................ H

Statement of Contec Corporation Regarding its Bases for Relief dated January 30, 2004. . I

Brief of Remote Solution Co., Ltd. in Opposition to Contec Corporation's Claim for Relief dated March 17, 2005 ............................................................. J

Contec's Reply Brief in Support of its Statement Regarding its Bases for Relief dated March 25, 2005 ............................................................. K

Letter from David L. Finger to David W. Plant, Esq. dated March 29, 2005 .......... L

Joint Statement Regarding Contec's Claim to Indemnification from Remote Solution (undated) ............................................................. M

Contec Corporation's Statement of Damages dated August 9, 2005 ................ N

Objections of Remote Solution Co., Ltd. to Contec Corporation's Statement of Damages, dated August 29, 2005 ............................................................. O

Contec's Reply Brief in Support of its Statement of Damages dated September 7, 2005. . P

Letter from David L. Finger to David W. Plant, Esq. dated September 8, 2005 ....... Q

## CERTIFICATE OF SERVICE

I, David L. Finger, hereby certify that on this 15th day of February, 2006, I caused two copies of the foregoing document to be served via hand-delivery on the below-listed counsel of record:

        Paul E. Crawford, Esq.
        Connolly Bove Lodge & Hutz LLP
        1007 N. Orange St.
        Wilmington, DE 19801

        /s/ David L. Finger
        David L. Finger (DE Bar ID #2556)
        Finger & Slanina, LLC
        One Commerce Center
        1201 Orange Street, Suite 725
        Wilmington, DE 19801-1155
        (302) 884-6766