UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK



U. S. DISTRICT COURT
N. D. OF N.Y.
FILED
FEB 11 2004
AT _____ O'CLOCK _____
LAWRENCE K. BAERMAN, Cl
UTICA

-----------------------------------

CONTEC CORPORATION,

          Plaintiff,

vs                         1:03-CV-910

REMOTE SOLUTION CO., LTD.,

          Defendant.

-----------------------------------

APPEARANCES:                      OF COUNSEL:

JONES DAY                         KENNETH L. STEIN, ESQ.
Attorneys for Plaintiff             RICHARD H. AN, ESQ.
222 East 41st Street
New York, NY 10017-6702

McNAMEE LOCHNER
   TITUS & WILLIAMS, PC         SCOTT A. BARBOUR, ESQ.
Attorneys for Plaintiff
75 State Street
Box 459
Albany, NY 12201

NOLAN & HELLER, LLP          JUSTIN A. HELLER, ESQ.
Attorneys for Defendant
39 North Pearl Street
Albany, NY 12207

DAVID N. HURD
United States District Judge

## ORDER

Plaintiff has requested reconsideration of the vacatur of the award of attorney's fees, costs, and disbursements for failure to make a timely application. At oral argument on January 23, 2004, by order of the court, the plaintiff was given until January 30, 2004, to make an application for <u>reasonable</u> attorney's fees, etc. On February 6, 2004, plaintiff filed

an application seeking attorney's fees, etc. in excess of $30,000, an amount that is grossly excessive.

The three attorneys for plaintiff present at oral argument (charging as a group over $1000 per hour) were apparently unable to perform the simple task of accurately determining the correct filing date. There was a conflict between the order of the court and the subsequent Clerk's minutes and docket entry. Obviously, the order of the court takes precedent. The official minutes of January 23, 2004, reflect the filing date of January 30, 2004. The same experienced attorneys, in the week following oral argument, apparently were also unable to accurately resolve the conflict. Rather they "assumed either that the court had changed its mind on the deadlines, or that we had misheard the Court's instructions at the hearing." Stein letter - February 10, 2004. Their assumptions were wrong. Their excuses are rejected.

Request for reconsideration is DENIED.

IT IS SO ORDERED.

United States District Judge

Dated: February 11, 2004
       Utica, New York.