# Exhibit G is under seal