# Exhibit H is under seal