IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMOTE SOLUTION CO., LTD., | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 06-04-KAJ |
| FGH LIQUIDATING CORP. f/k/a CONTEC CORPORATION, | ) |
| Respondent. | ) |

**ORDER SETTING DEADLINE FOR
RESPONDENT TO FILE ANSWERING BRIEF**

On September 25, 2006, petitioner, Remote Solution Co., Ltd., America filed a Motion for Reconsideration and to Amend (Docket Item 17; the "Motion"). Respondent's answering brief was due to be filed on or before October 9, 2006. To date, Respondent has failed to file an answering brief. For these reasons,

IT IS HEREBY ORDERED that Respondent shall file an answering brief to Petitioner's Motion on or before November 16, 2006.

_____
UNITED STATES DISTRICT JUDGE

November 6, 2006
Wilmington, Delaware