<u>**CERTIFICATE OF SERVICE**</u>

I, Paul E. Crawford, hereby certify that on November 16, 2006, I electronically filed

RESPONDENT'S RESPONSE TO REMOTE SOLUTION'S MOTION FOR

RECONSIDERATION AND TO AMEND using CM/ECF which will send notification of such

filing and served via hand delivery to the following:


David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
dfinger@delawgroup.com


   /s/   Paul E. Crawford
Paul E. Crawford, Esq. (#0493)