IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMOTE SOLUTION CO., LTD., )<br>           Petitioner, )<br>)<br>v. )<br>)<br>FGH LIQUIDATING CORP. f/k/a )<br>CONTEC CORPORATION, )<br>           Respondent. ) | Civil Action No. 06-004 *** |

**RESPONDENT'S REPONSE TO REMOTE SOLUTION'S AMENDED MOTION TO VACATE OR MODIFY ARBITRATION AWARDS AND RENEWED APPLICATION TO CONFIRM ARBITRATION AWARD**

Respondent Contec Corporation ("Contec") responds to Petitioner Remote Solution's "Amended Motion to Vacate or Modify Arbitration Awards" (Dkt. 22) and renews its Application to Confirm the Arbitration Award by referring the Court to the arguments and authorities in Contec's previously filed "Respondent's Opposition to Remote Solution's Motion to Vacate or Modify Arbitration and Application to Confirm Arbitration Award" (Dkt. 10), filed March 1, 2006.

Respectfully submitted,

Dated: December 22, 2006

*/s/ Paul E. Crawford*
Paul E. Crawford (DE Bar #0493)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE 19899
(302) 888-6262

Kenneth L. Stein
Richard H. An
JENNER & BLOCK LLP
919 Third Avenue
New York, N.Y. 10022
(212) 891-1600

Attorneys for Respondent
Contec Corporation

- 2 -

## CERTIFICATE OF SERVICE

I, Paul E. Crawford, hereby certify that on December 22, 2006, I electronically filed the foregoing RESPONDENT'S REPONSE TO REMOTE SOLUTION'S AMENDED MOTION TO VACATE OR MODIFY ARBITRATION AWARDS using CM/ECF which will send notification of such filing to the following:

David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
dfinger@delawgroup.com

/s/ Paul E. Crawford
Paul E. Crawford, Esq. (#0493)