IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMOTE SOLUTION CO., LTD., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-04-***-MPT |
| ) | |
| FGH LIQUIDATING CORP. f/k/a CONTEC ) | |
| CORPORATION, ) | |
| ) | |
| Respondent. ) | |

### ORDER

At Wilmington this **18th** day of **January, 2008**,

IT IS HEREBY ORDERED that the parties shall submit a status report to the Court on or before January 28, 2008.

_____
UNITED STATES MAGISTRATE JUDGE