IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMOTE SOLUTION CO., LTD.,  ) <br> ) <br> Petitioner,  ) <br> ) <br> v.  ) <br> ) <br> FGH LIQUIDATING CORP. f/k/a  ) <br> CONTEC CORPORATION,  ) <br> ) <br> Respondent.  ) | Civil Action No. 06-004***-MPT |

## JOINT STATUS REPORT

The parties submit this joint status report in response to the Court's Order of January 18, 2008.

Currently pending before the Court are (1) Remote Solution Co., Ltd.'s Motion to Vacate or Modify Arbitration Award and (2) FGH Liquidating Corp.'s Application to Confirm Arbitration Award. The parties completed briefing on the pending motion and application on December 22, 2006.

Respectfully Submitted,

/s/ David L. Finger
David L. Finger (DE Bar #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766

*Attorney for Petitioner*
*Remote Solution Co., Ltd.*

/s/ Paul E. Crawford
Paul E. Crawford (DE Bar #0493)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
PO Box 2207
Wilmington, DE 19899
(302) 888-6262

Kenneth L. Stein
Richard. H. An
JENNER & BLOCK LLP
919 Third Avenue
New York, N.Y. 10022
(212) 891-1600

*Attorneys for Respondent*
*FGH Liquidating Corp., f/k/a*
*Contec Corporation*

Dated: January 28, 2008