IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMOTE SOLUTION CO., LTD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. No. 06-004-SLR |
| | ) |
| FGH LIQUIDATING CORP. | ) |
| f/k/a CONTEC CORPORATION, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

At Wilmington this 31st day of July, 2008, consistent with the opinion issued this same date;

IT IS ORDERED that

1. Petitioner's motion to vacate or modify the Arbitrator's awards (D.I. 22) is denied.

2. On or before **September 30, 2008**, petitioner shall remit to respondent $482,067.50 pursuant to section IV(G) of the Arbitrator's damages award.

3. On or before **September 30, 2008**, petitioner shall remit to respondent 75% of its administrative costs and fees incurred in arbitration and 25% of the Arbitrator's fee pursuant to section IV(I) of the Arbitrator's damages award.

4. The Clerk of Court is directed to enter judgment in favor of respondent and against petitioner.

United States District Judge