IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMOTE SOLUTION CO., LTD, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civ. No. 06-004-SLR ) |
| FGH LIQUIDATING CORP. f/k/a CONTEC CORPORATION, | ) ) ) ) |
| Respondent. | ) |

### JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of July 31, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of respondent FGH Liquidating Corp f/k/a Contec Corporation and against petitioner Remote Solution Co., Ltd.

_____
United States District Judge

Dated: 8/4/08

_____
(By) Deputy Clerk