IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMOTE SOLUTION CO., LTD., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A. No. 06-004 SLR |
| | ) |
| FGH LIQUIDATING CORP. f/k/a | ) |
| CONTEC CORPORATION, | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Remote Solution Co., Ltd., petitioner in the above-captioned action, hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion dated July 31, 2008 (D.I. 28, appended hereto as Exhibit A) and Order dated July 31, 2008 (D.I. 29, appended hereto as Exhibit B) in the above-captioned action, denying petitioner's motion to vacate the arbitrator's award, and from the Judgment in the above-captioned action dated August 4, 2008, entering judgment in favor of respondents FGS Liquidating Corp. f/k/a Contec Corporation and against petitioner Remote Solution Co., Ltd. (D.I. 30, appended hereto as Exhibit C).

    Respectfully submitted,

    /s/ David L. Finger
    David L. Finger (DE Bar ID #2556)
    Finger & Slanina, LLC
    One Commerce Center
    1201 Orange Street, Suite 725
    Wilmington, DE 19801-1155
    (302) 884-6766
    Attorney for appellant Remote Solution Co., Ltd.

Dated: August 26, 2008